UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 80 WEST END AVENUE LEASEHOLD CONDOMINIUM, | |
| Plaintiff, | **ORDER** |
| -against- | 21 Civ. 5917 (PGG) |
| CITIZENS INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Today's conference will now take place at **11:30 a.m.** in Courtroom 705 of the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      July 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge