UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

80 WEST END AVENUE LEASEHOLD CONDOMINIUM,

        Plaintiff,

        -against-

CITIZENS INSURANCE COMPANY OF AMERICA,

        Defendant.

**ORDER**

21 Civ. 5917 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    After consultation with the parties at today's conference, fact discovery in this matter is hereby extended until **November 28, 2022**. No further extensions will be granted. The parties will submit a joint letter by **December 2, 2022**, addressing the status of the case and how the parties propose to proceed.

    The Court will hold a status conference on **December 8, 2022, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 28, 2022

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge