UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

80 WEST END AVENUE LEASEHOLD CONDOMINIUM,

            Plaintiff,

-against-

CITIZENS INSURANCE COMPANY OF AMERICA,

           Defendant.

**ORDER**

21 Civ. 5917 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at today's conference, it is ORDERED that the following schedule will apply to the parties' expert discovery:

1. Plaintiff's expert report is due on **January 23, 2023**;

2. Defendant's expert report is due on **March 9, 2023**;

3. any application to the Court by Plaintiff to prepare a rebuttal to Defendant's expert report is due on **March 16, 2023**; and

4. the deadline for all expert discovery, including depositions, will be **April 24, 2023**.

The Court will hold a status conference on **April 20, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge