UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

80 WEST END AVENUE LEASEHOLD
CONDOMINIUM,

               Plaintiff,

        -against-

CITIZENS INSURANCE COMPANY OF
AMERICA,

               Defendant.

**ORDER**

21 Civ. 5917 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        After consultation with the parties at yesterday's conference, it is ORDERED that the deadline for all expert discovery, including depositions, is extended to **May 10, 2023**.

        In a separate order, the Court is referring this case to the assigned magistrate for a settlement conference to be held in June.  The parties will provide a status update to the Court regarding (1) the status of settlement discussions and (2) whether they will be submitting pre-motion letters seeking leave to file post-discovery dispositive motions by **June 30, 2023.**

Dated: New York, New York
      April 21, 2023

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge